# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3604
_____

DERRICKO LEONARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

June 21, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Robin B. Rogers, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Trisha Meggs Pate, Bureau Chief, Criminal Appeals, Tallahassee, for Appellee.